IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM DAVIS, \*
\*
    Plaintiff, \*
vs. \* No. 4:16-cv-00746-SWW
\*
\*
UNION PACIFIC RAILROAD \*
COMPANY, \*
\*
    Defendant. \*

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 1st day of May, 2018.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE